# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2395. RICHARD ANDREW CARNE v. THE STATE.**

In April 2026, Richard Andrew Carne pleaded guilty to making terroristic threats, for which he was sentenced to five years of probation. Carne then filed a pro se notice of appeal, seeking a direct appeal from his plea and sentence. We, however, lack jurisdiction.

Our General Assembly recently amended OCGA § 5-6-35 so that any direct appeal from a guilty plea entered on or after May 14, 2025, must "be initiated by filing an application for discretionary review." *Clark v. State*, 378 Ga. App. 111, 111 n.1 (924 SE2d 346) (2025); OCGA § 5-6-35(a)(5.3). Compliance with the discretionary appeals procedure is jurisdictional. *Hester v. State*, 378 Ga. App. 121, 121 (924 SE2d 457) (2025). Consequently, Carne's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/14/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*